[No. 13512-4-II.  Division Two.  February 19, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. REVOCATO
PALMA-ROJAS, *Appellant*.

Appeal from a judgment of the Superior Court for
Mason County, No. 89-1-00101-2, James B. Sawyer II, J.,

entered December 14, 1989. *Affirmed* by unpublished opinion per Morgan, A.C.J., concurred in by Alexander, J., and Worswick, J. Pro Tem.